UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JASON LAFAYETTE,

    Petitioner,

                                                 Case No. 1:19-cv-487

v.

                                                 HONORABLE PAUL L. MALONEY

SHERRY BURT,

    Respondent.

_____/

## **JUDGMENT**

In accordance with the Order entered this date:

**IT IS HEREBY ORDERED** that Judgment is entered.


Dated:  May 14, 2021                                         /s/ Paul L. Maloney
                                                                               Paul L. Maloney
                                                                               United States District Judge